## HAYWOOD AND HIGGINS v. VICTOR.

Chancery—parties—assignment of a contract.

One advancing money to the holder of a lot upon a contract of purchase, in order to build upon it, and taking an assignment of the contract as security for the money, cannot have the property sold, without making the venders of the property, holding the fee, parties.

CHANCERY. Victor held a contract of Wildman and Mills for a lot in Sandusky city, and was in possession. The complainants advanced him nine hundred dollars to build on the lot, and took the assignment of the contract, by way of mortgage, to secure its repayment. He brought this bill to raise his money, by a sale of the property.

[Parish, Administrator, v. Rhodes, et al.]

By THE COURT. It appears that Mills and Wildman hold the legal title, and are interested in this proceeding. You cannot go on without they are parties, or the omission is excused. Leave to amend.